United States District Court
Southern District of Texas
**ENTERED**
March 13, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ANITA VALLIER, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:17-CV-0998 |
| | § | |
| NATIONSTAR MORTGAGE LLC, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is the Magistrate Court's Memorandum and Recommendation filed February 1, 2018 (Doc. #25), and Plaintiff's Objections (Doc. #26). The Magistrate Court's findings and conclusions are reviewed de novo. Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1)(C); *United States v. Wilson*, 864 F.2d 1219 (5th Cir. 1989). Having considered the arguments and the applicable law, this Court adopts the Memorandum and Recommendation as this Court's Order.

It is so ORDERED.

__MAR 1 3 2018__
Date

The Honorable Alfred H. Bennett
United States District Judge